```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                :
MILDRED TARTER,                          :

                                                :                      **ORDER**

                -against-                    :              22-CV-2438 (PAE) (KHP)

                                                :
Commissioner of Social Security,   :

              Defendant.                :

                                                :
-------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge**.

      Pursuant to the Order (ECF No. 8.) entered by the Honorable Paul A. Engelmayer, the parties were directed to notify the District Court whether both parties intend to proceed, or not proceed, by consent to decision by Magistrate Judge under 28 U.S.C. § 636(c) within two weeks of the date of that Order.  The parties failed to submit anything.

      This Court requests compliance with Judge Engelmayer's order by April 29, 2022.  This Order is not meant to interfere in any way with the parties' absolute right to decision by a United States District Judge, but is merely an attempt at preserving scarce judicial resources and reminding the parties of their option pursuant to 28 U.S.C. § 636(c).

      **SO ORDERED.**

Dated:      April 18, 2022
              New York, New York

                                                    *Katharine H Parker*
                                                _____
                                                   KATHARINE H. PARKER
                                                   United States Magistrate Judge