UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MILDRED TARTER,

                         Plaintiff,                      22 **CIVIL** 2438 (KHP)

    -v-                                       **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated September 14, 2022, that the Commissioner's decision is reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including the opportunity for a new hearing and to issue a new decision.

**Dated:**  New York, New York
           September 14, 2022

                                                   **RUBY J. KRAJICK**

                                                     **Clerk of Court**

                           **BY:**

                                                   **Deputy Clerk**